IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02181-PAB-MEH

FERNANDO B. MARTINEZ, JR.,

    Plaintiff,

v.

KATHLEEN BOYD, NP #12547 (CDOC Med. Staff),
LYNN ERICKSON, NP #3453 (CDOC Med. Staff), and
ANTHONY A DECESARO, Step III G/O (CDOC) (ADA),

    Defendants.

---

## MINUTE ORDER
---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 12, 2009.**

    Plaintiff's letter, docketed as a Motion for Clarification [filed March 9, 2009; docket #24] is **granted in part and denied in part**. Plaintiff may review 28 U.S.C. § 1915 for information regarding proceedings *in forma pauperis*.